[Nos. 2220–3; 2221–3. Division Three. July 13, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. MONTE
EMIL ANDERSON, ET AL, *Appellants.*

Appeals from a judgment of the Superior Court for
Spokane County, No. 24946, George T. Shields, J., entered

January 3, 1977. *Remanded with instructions* by unpublished opinion per Green, J., concurred in by Munson, C.J., and Roe, J.